No. 94–6911. GREEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6913. FLEMING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6915. FRIEBERGER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6917. HOLMES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6918. CRANK v. TOLLE, JUDGE, CRIMINAL DISTRICT COURT OF TEXAS, DALLAS COUNTY. Sup. Ct. Tex. Certiorari denied.

No. 94–6919. GARRETT v. ARTHUR ANDERSEN & CO. C. A. 11th Cir. Certiorari denied.

No. 94–6923. RENNER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6926. ANDRES PAEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6927. ROBINSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6928. LEAPHART v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 94–6930. THAKKAR v. DEBEVOISE. C. A. 3d Cir. Certiorari denied.

No. 94–6932. ZUNIGA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6934. BYSE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6936. CHANDLER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6938. SIMMONS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.